In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-320 CV


____________________



EUGENE L. HEIMAN, Appellant



V.



SAMMY KING, Appellee


 




On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 05-09-08571 CV 






MEMORANDUM OPINION



 The appellant, Eugene L. Heiman, and the appellee, Sammy King, filed a joint motion
to dismiss this appeal. The motion is voluntarily made by the parties prior to any decision
of this Court and should be granted. See Tex. R. App. P. 42.1(a)(2). No other party filed
notice of appeal. The motion to dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.


 _____________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered October 2, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.